But really I,       You just need to keep on going, there's always some height problems that occur in your area. So if I take a number of 지역 until we get to one point I'm not gonna take any more than that. This is one of those projects we get to work on on a regular basis and have to deal with a number of different candidates to this board, which I'm running now, and they'll get a lot more, and I think I can make progress in that area. My approach as a board member, due to the maps they provide is that I'm always in constant dialogue with the board about this area, suggesting that we pressure these other identities towards making more probably the important figure I can try to get to are things that I can do.  it's important to have that dialogue with other people about this area. I think it's important it. I think it's important to have that dialogue with people about it. And it's      it. So that's kind of our thing. I think it is important for us to have that dialogue with people about it. Thank you. Thank you. Thank you. Thank you.      is important for us to have that dialogue with people about it. Thank you. Thank you. Thank you. Thank you. Yes lady make that okay  Okay. Thank you. Okay. Thank you. Okay. Thank you. Thank you. Okay. After you